*Charles L. Kellar* for appellant.

*Oliver D. Williams* and *Henry Pleus* for respondent.

Order affirmed, without costs; no opinion.

Concur: LEWIS, CONWAY, DYE and FROESSEL, JJ. LOUGHRAN, Ch. J., DESMOND and FULD, JJ., dissent upon the ground that there is no evidence to establish that there was a common-law marriage.

ALBERT PIRAGNOLI, as Administrator of the Estate of ERMINIA PIRAGNOLI, Deceased, Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 30059.) ALBERT PIRAGNOLI, Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 30202.)

Argued January 13, 1953; decided March 6, 1953.

*Samuel L. Greenberg, Abraham Frankel* and *Emanuel Greenberg* for appellant.

*Nathaniel L. Goldstein,* Attorney-General (*John R. Davison* and *Wendell P. Brown* of counsel), for respondent.

Judgments affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.